# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Ramon Dorado Muric,

    Petitioner

v.

Joseph Lombardo,

    Respondent

Case No.: 2:18-cv-00683-JAD-VCF

**Order Dismissing Case**

    Pro se petitioner Ramon Dorado Muric is a pre-trial detainee at the Clark County Detention Center who petitions for a writ of habeas corpus[1] and applies to proceed *in forma pauperis*.[2] He is awaiting trial in the Eighth Judicial District Court in case no. C-17-323098-1, which is set to begin in January 2019.[3]

    Federal courts should abstain from intervening in pending state criminal proceedings unless there are extraordinary circumstances of a great and immediate danger of irreparable harm.[4] A court "must abstain under *Younger* if four requirements are met: (1) a state-initiated proceeding is ongoing; (2) the proceeding implicates important state interests; (3) the federal plaintiff is not barred from litigating federal constitutional issues in the state proceeding; and (4) the federal court action would enjoin the proceeding or have the practical effect of doing so, i.e., would interfere with the state proceeding in a way that *Younger* disapproves."[5]

---

[1] ECF No. 1-1.

[2] ECF No. 1.

[3] Eighth Judicial District Court Portal https:/www.clarkcountycourts.us/portal (last visited June 22, 2018) (search by case number C-17-323098-1). It appears that Muric is known in the state-court system as Ramon Muril Dorado.

[4] *Younger v. Harris*, 401 U.S. 37, 45–46 (1971); *see also Ex Parte Royall*, 117 U.S. 241, 251 (1886)

[5] *San Jose Silicon Valley Chamber of Commerce Political Action Comm. v. City of San Jose*, 546 F.3d 1087, 1092 (9th Cir. 2008).

The *Younger* elements are all satisfied here. There is a state criminal trial pending against Muric, and the prosecution of crimes is an important state interest.[6] Muric may also raise his constitutional claims in the state courts by motion before the trial court, on appeal, or in a post-conviction habeas corpus petition (and it appears from the online docket and Muric's filings in this case that he is in fact litigating his constitutional claims in the state court). Finally, if this court granted Muric relief, it would terminate his state-court criminal action—a result that *Younger* disapproves of. I must therefore abstain from considering this habeas petition.

Accordingly, IT IS HEREBY ORDERED that the application to proceed *in forma pauperis* **[ECF No. 1] is GRANTED**. Muric need not pay the $5.00 filing fee.

The **Clerk of Court** is directed to **DETACH and FILE** the petition for a writ of habeas corpus under 28 U.S.C. § 2254.

IT IS FURTHER ORDERED that this case is **DISMISSED** without prejudice to Muric's ability to litigate his claims in the appropriate forum at the appropriate time.

The **Clerk of Court** is directed to **ENTER JUDGMENT** accordingly and **CLOSE THIS CASE**.

And because reasonable jurists would not find my decision to abstain from considering this petition at this time to be debatable or wrong, I decline to issue a certificate of appealability.

Dated: June 25, 2018

                                                 _____
                                                 U.S. District Judge Jennifer A. Dorsey

---

[6] *See Kelly v. Robinson*, 479 U.S. 36, 49 (1986); *Rose v. Mitchell*, 443 U.S. 545, 585 (1979); *Younger*, 401 U.S. at 43–44.